THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* JOSEPH W. MAZALEWSKI, Appellant, et al., Defendants.

Argued December 5, 1951; decided January 17, 1952.

*James J. McDonough* and *Henderson Morrison, Jr.,* for appellant.

*Frank A. Gulotta, District Attorney (Philip Huntington* and *Henry P. De Vine* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.